**2008–0563. Shawnee Assoc., L.P. v. Shawnee Hills.**
Delaware App. No. 07CAE050022, 2008-Ohio-461. Reported at 118 Ohio St.3d 1507, 2008-Ohio-3369, 889 N.E.2d 1025. On motion for reconsideration. Motion denied.
O'DONNELL, J., dissents.

**2008–0568. State v. Dudley.**
Franklin App. No. 06AP–1272, 2008-Ohio-390. Reported at 118 Ohio St.3d 1464, 2008-Ohio-2823, 888 N.E.2d 1115. On motion for reconsideration. Motion denied.

**2008–0595. Nunn v. Spring Village Apts.**
Warren App. No. CA2007–07–090. Reported at 118 Ohio St.3d 1507, 2008-Ohio-3369, 889 N.E.2d 1025. On motion for reconsideration. Motion denied.

**2008–0640. In re Guardianship of Hards.**
Lake App. Nos. 2006–L–158 and 2007–L–012, 175 Ohio App.3d 168, 2008-Ohio-630. On motion for reconsideration. Motion denied.

**2008–0645. State v. Craddock.**
Cuyahoga App. No. 89484, 2008-Ohio-448. Reported at 118 Ohio St.3d 1508, 2008-Ohio-3369, 889 N.E.2d 1026. On motion for reconsideration. Motion denied.
O'DONNELL, J., dissents.

**2008–0652. Sesto v. Perduk.**
Summit App. No. 23797, 2008-Ohio-664. Reported at 118 Ohio St.3d 1509, 2008-Ohio-3369, 889 N.E.2d 1026. On motion for reconsideration. Motion denied.
PFEIFER, J., dissents.

**2008–0678. State v. Macalla.**
Cuyahoga App. No. 88825, 2008-Ohio-569. Reported at 118 Ohio St.3d 1509, 2008-Ohio-3369, 889 N.E.2d 1026. On motion for reconsideration. The motion is granted to the following extent:
The discretionary appeal is accepted; the cause is held for the decision in 2007–2389, *State v. Thompson,* Fairfield App. No. 2007–CA–00006, 2007-Ohio-6098; and the briefing schedule is stayed.
PFEIFER, J., dissents.

**2008–0808. Lewis v. Mason.**
In Habeas Corpus. Reported at 118 Ohio St.3d 1459, 2008-Ohio-2823, 888 N.E.2d 1112. On motion for reconsideration, motion to return all property, motion to certify conflict, and petition to redress government. Motion for reconsideration denied. Motions to return all property and to certify conflict and petition to redress government denied as moot.

# CASE ANNOUNCEMENTS
*September 11, 2008*

[Cite as *09/11/2008 Case Announcements,* 2008-Ohio-4562.]

## MOTION AND PROCEDURAL RULINGS

**2007–0268. State v. Smith.**
Hamilton App. No. C–060077. This cause is pending before the court as an appeal from the Court of Appeals for Hamilton County. Upon consideration of appellant's motion for leave to file a stipulation for extension of time to file appellant's merit brief,
It is ordered by the court that the motion is granted. It is further ordered that the stipulation for extension of time attached to the motion for leave is deemed filed, and appellant's merit brief is due Thursday, October 2, 2008.